```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      CRIMINAL ACTION
                              :
          v.                  :
                              :
DOODNATH RAMNATH              :      NO. 15-163
```

ORDER

AND NOW, this 29th day of April, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of Doodnath Ramnath to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. # 28) is DENIED; and

(2) no certificate of appealability will be issued.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.